IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **SHAWN DONNELL TAYLOR,** | ) | CASE NO. 7:11CV00420 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **FINAL ORDER** |
| vs. | ) | |
| | ) | |
| **SGT. ANGLIN, <u>et al.</u>,** | ) | By:  Glen E. Conrad |
| | ) | Chief United States District Judge |
| **Defendants.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1),

and this action is stricken from the active docket of the court.

**ENTER**:  This 28th day of September, 2011.

                                                                           /s/  Glen E. Conrad
                                            Chief United States District Judge