# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **SHAWN DONNELL TAYLOR,** | ) | **CASE NO. 7:11CV00420** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **FINAL ORDER** |
| vs. | ) | |
| | ) | |
| **SGT. ANGLIN, et al.,** | ) | **By: Glen E. Conrad** |
| | ) | **Chief United States District Judge** |
| **Defendants.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

    **ENTER**: This 28th day of September, 2011.

                                            */s/ Glen E. Conrad*
                                        Chief United States District Judge